JUNE 6, 1991

No. 90–8120 (A–907). OTEY v. NEBRASKA. Sup. Ct. Neb. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

JUNE 10, 1991

No. 90–134. COONEY ET UX. v. WHITE. Sup. Ct. Wyo. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Burns* v. *Reed*, 500 U. S. 478 (1991).

No. 90–240. POLK ET UX. v. DIXIE INSURANCE CO. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Edmonson* v. *Leesville Concrete Co.*, 500 U. S. 614 (1991).

No. 90–1153. SKY CHEFS, INC. v. DIAS. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Edmonson* v. *Leesville Concrete Co.*, 500 U. S. 614 (1991).